| | |
|---|---|
| DATE: | 4/7/2017 |
| LOCATION: | Tyler |
| JUDGE: | John D. Love |
| DEP.CLERK: | S. Baum |
| RPTR/ECRO: | S. Baum |
| USPO: | Lupe Saucedo |
| INTERPRETER: | |
| START TIME: | 10:08 |
| END TIME: | 10:15 |

CASE NUMBER 6:14-CR-00056-RC

UNITED STATES OF AMERICA
V.
JIMMY COLLIER

Frank Coan    Ken Hawk

☐ INTERPRETER FLAG

## INITIAL APPEARANCE ON PETITION OF SUPERVISED RELEASE

| | | | |
|---|---|---|---|
| ✓ | Initial Appearance on Petition called | ✓ | Initial Appearance on Petition held |
| ☐ | Dft appears with counsel | ☐ | Dft appears without counsel |
| ✓ | Date of Arrest: 4-5-17 | | |
| ✓ | Dft advised of charges | ✓ | Dft advised of right to counsel |
| ✓ | Dft advised of maximum penalties | ✓ | Dft advised of right to remain silent |
| ✓ | Dft request appointed counsel, is sworn & examined re: financial status | ✓ | Court finds Dft eligible and appoints: Ken Hawk |
| ✓ | Gvt Oral Motion for Detention | ✓ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☐ | Bond set: |
| ☐ | Waiver of Detention | ☐ | Waiver of Preliminary Hearing |
| ✓ | Order of Temporary Detention | ✓ | Detention Hearing set for: 4/13 @ 9:30 |
| ☐ | Order of Detention | ✓ | Preliminary Hearing set for: 4/13 @ 9:30 |
| ☐ | Consent to Revocation of Supervised Release and Waiver of Right to be Present and Speak | ☐ | Revocation Hearing set for: |
| ☐ | Order Probable Cause has been established | | |
| ✓ | Dft remanded to the custody of the US Marshal | | |